O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARISELA VEGA, an individual, | ) ) ) | Case No. CV 13-00983 DDP (AGRx) |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER TO SHOW CAUSE RE: AMOUNT IN CONTROVERSY** |
| THE COCA-COLA COMPANY, a Delaware corporation, | ) ) ) ) | |
| Defendant. | ) ) | |

Defendant is ordered to show cause why this action should not be remanded for lack of subject matter jurisdiction. Defendant removed this employment action to this court on the basis of diversity jurisdiction. Defendant's calculation of the amount in controversy is based upon a speculative projection of $79,000 in lost wages at the time of a hypothetical future trial date. (Notice of Removal at 6-8.) At the time of removal, however, Plaintiff's alleged lost wages totaled less than $16,000. It is therefore not clear to the court that the amount in controversy in this matter exceeds $75,000, as is required to establish diversity jurisdiction under 28 U.S.C. § 1332.

    Accordingly, Defendant is ordered to file a brief, not to exceed ten pages, by Monday, June 10, 2013 showing a non-speculative reason why this action should not be remanded for lack of subject matter jurisdiction.  Defendant shall also deliver a courtesy copy to chambers, Room 244-J, Second Floor, 312 N. Spring Street, Los Angeles.  Failure to file a brief in accordance with this Order will be deemed consent to remand of this action.

IT IS SO ORDERED.


Dated: May 31, 2013

                                DEAN D. PREGERSON
                                United States District Judge